# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA (Sacramento)

CHARLES MUHAMMAD,

     Plaintiff - Appellant,

  v.

CHRISTOPHER S. BOND; et al.,

     Defendants - Appellees.

No.  07-15873

D.C. No.  CV-06-02049-LKK  DAD

**ORDER**

FILED

JUN 2 6 2007

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

BY _____
DEPUTY CLERK

This appeal has been taken in good faith  [ ]

This appeal is not taken in good faith  [✓]

Explanation: No explanation for the failure to respond

Judge
United States District Court

Date: 0/25/07